United States District Court
Southern District of Texas
ENTERED

JUL 0~~6~~ 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk M. ~~[signature]~~

United States District Court
Southern District of Texas
FILED

JUL 06 1998

Michael N. Milby, Clerk of Court

8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| SAN MARTIN, ET AL, § | |
| § | CASE NO. 98-93 |
| VS. § | |
| § | CIVIL MATTER |
| UNITED STATES OF AMERICA § | |
| DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES FOR THE § | |
| DISTRICT OF COLUMBIA § | |

## ORDER SETTING HEARING

On this day came on to be considered the Notice of Potential Basis for Recusal in the above entitled and numbered cause. The Court, after considering same, is of the opinion that a hearing should be had.

IT IS THEREFOR ORDERED that a hearing on the Notice of Potential Basis for Recusal in the above entitled and numbered cause be and it is hereby set on the __10th__ day of __July__, 1998, at __9:00__ o'clock __a__.m.

SIGNED FOR ENTRY this __6__ day of __July__, 1998.

_____
JUDGE PRESIDING