United States District Court
Southern District of Texas
ENTERED
JUL 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 10 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| San Martin, et al, <br><br> Plaintiff(s), <br><br> v. <br><br> United States of America Department of Health and Human Services for the District of Columbia, <br><br> Defendant(s). | § § § § § § § § § § § CIVIL ACTION NO. B-98-93 |

## SUA SPONTE ORDER OF RECUSAL

The Court is of the opinion that a basis for recusal exists because of the following:

   1. Beatriz Mesquias, a first cousin of the undersigned, is a party to the litigation with pecuniary interests which would be affected by the Court's decisions; and,

   2. Beatriz Mesquias personally contacted the Court after the Court informed Plaintiffs' attorneys, through the Clerk of the Court, that the Court would not consider the application for a temporary restraining order ex parte; that Plaintiffs were not to urge the application before another judge; that the matter would not be considered until the Defendants had an opportunity to be present; and,

   3. The Court's impartiality, therefore, could be reasonably questioned.

THEREFORE, IT IS ORDERED that the Honorable Hilda Tagle hereby recuses herself and directs that this matter be returned to the U.S. Deputy District Clerk, Brownsville Division, where originally filed and that the case be reassigned according to all proper procedures and the local rules.

SIGNED FOR ENTRY this 10th day of July, 1998.

Hilda G. Tagle
U.S. District Judge