United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 31 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAN MARTIN HOME HEALTH, INC., et al., | § |
| Plaintiffs, | § |
| | § |
| V. | §  Case No. B-98-93 |
| | § |
| UNITED STATES OF AMERICA; | § |
| DEPARTMENT OF HEALTH AND | § |
| HUMAN SERVICES, et al., | § |
| Defendants. | § |

## ORDER

Upon consideration of Plaintiffs' Motion to Transfer Plaintiff Individuals' Case and Consolidate with the lawsuit styled Civil Action No. 3:98-CV-0861-H; *Case Review and Research Consultants, Inc. d/b/a TLC Home Health Services, et al., vs. United States of America, et al.*; In the United States District Court for the Northern District of Texas; Dallas Division, it is hereby:

ORDERED that the Plaintiff Individuals' case be transferred to the Northern District of Texas, Dallas Division and that said case be consolidated with that case pending in said Court, Civil Action No. 3:98-CV-0861-H; *Case Review and Research Consultants, Inc. d/b/a TLC Home Health Services, et al., vs. United States of America, et al.*; In the United States District Court for the Northern District of Texas; Dallas Division.

Dated: July 31, 1998

_____
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' MOTION TO TRANSFER AND CONSOLIDATE PLAINTIFF INDIVIDUALS' CASE
AND MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

PAGE 4 OF 4